**Opinion issued February 17, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00042-CR

———————————

## IN RE FLORIBETH SANDOVAL BENJUME, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Floribeth Sandoval Benjume, has filed a petition for writ of mandamus (1) challenging the trial court's orders quashing certain subpoenas issued by relator and (2) requesting that we compel the trial court to conduct an in camera inspection of certain materials.[1] We deny the petition.

---

[1] The underlying case is *The State of Texas v. Floribeth Sandoval Benjume*, cause number 92061-CR, pending in the 461st District Court of Brazoria County, Texas, the Honorable Patrick Bulanek presiding.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b)